**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN G. BERGDOLL, REGISTERED : No. 182 MM 2016
VOTER OF THE COMMONWEALTH OF :
PENNSYLVANIA, :
                       :
           Petitioner :
                       :
                       :
           v. :
                       :
                       :
PEDRO A. CORTES, SECRETARY OF :
THE DEPARTMENT OF STATE AND :
FOR THE COMMONWEALTH OF :
PENNSYLVANIA, AND THE GENERAL :
ASSEMBLY OF THE COMMONWEALTH :
OF PENNSYLVANIA, :
                       :
           Respondents :

## ORDER

**PER CURIAM**

      **AND NOW,** this 19th day of December, 2016, Petitioner's Application to File an Original Action is **DENIED**.